■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUKAS W. MANN, Appellant. [599 NYS2d 1021] —Appeal by the defendant from an amended judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered May 21, 1991, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of attempted burglary in the second degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Balletta, J. P., Eiber, O'Brien and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MAZYCK, Appellant. [599 NYS2d 1021] —Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered November 27, 1991, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review his claim that his plea should be vacated on the ground that it was not knowing and voluntary *(see, People v Lopez,* 71 NY2d 662). In any event, the record reveals that the defendant's guilty plea was knowingly, intelligently, and voluntarily entered. The defendant's claim that he was deprived of his constitutional right to a speedy trial is not preserved for appellate review *(see, People v Moss,* 188 AD2d 620). Appellate review of the remaining issues raised by the defendant was effectively waived by him as part of his negotiated plea. Accordingly, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Rosenblatt, J. P., Copertino, Pizzuto and Joy, JJ., concur.